| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Thomas Ashton Hanson** | Social Security number or ITIN   **xxx–xx–2263** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | Date case filed for chapter **7   6/10/16** |
| Case number:   **16–19138** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Thomas Ashton Hanson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2 E. Erie; #3009<br>Chicago, IL 60611 | |
| 4. | **Debtor's attorney**<br>Name and address | Gershon S. Kulek<br>Gershon S. Kulek, Attorney at Law<br>180 W. Washington St.<br>4th floor<br>Chicago, IL 60602 | Contact phone 312–644–1000<br>Email: gkulek@yahoo.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Trustee R Scott Alsterda<br>Nixon Peabody LLP<br>70 West Madison Street<br>Suite 3500<br>Chicago, IL 60602 | Contact phone 312 977–9203<br>Email: rsalsterda@nixonpeabody.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page **1**

| | | | |
|---|---|---|---|
| 6. | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1−866−222−8029 Date: 6/13/16 |
| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 30, 2016 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. | **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** - if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or - if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** - if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/29/16** |
| | | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. | **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                        United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                     Case No. 16-19138-TAB
Thomas Ashton Hanson                                       Chapter 7
        Debtor
                           CERTIFICATE OF NOTICE
District/off: 0752-1          User: esullivan             Page 1 of 2              Date Rcvd: Jun 13, 2016
                              Form ID: 309A               Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2016.
db             +Thomas Ashton Hanson,    2 E. Erie; #3009,    Chicago, IL 60611-3192
24608465       +Citibank/Best Buy,    Centralized Bankruptcy CitiCorp,    Po Box 790040,
                 St Louis, MO 63179-0040
24608467      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:   Fifth Third Bank,    5050 Kingsley Drive,    1MOC2N,
                 Cincinnati, OH 45263)
24608470       +Harris N.a. BMO Harris,    Bankruptcy Dept. Brk-1,    770 N Water Street,
                 Milwaukee, WI 53202-0002
24608473       +JPMorgan Chase,    Po Box 24696,    Columbus, OH 43224-0696
24608474       +MRS Associates of New Jersey,    1930 Olney Avenue,    Cherry Hill, NJ 08003-2016
24608475       +NES of Ohio,   2479 Edison Blvd.,    Unit A,    Twinsburg, OH 44087-2476
24608476       +Northland Group Inc.,    P.O. Box 390905,    Minneapolis, MN 55439-0905
24608477       +Select Portfolio Servicing,    10401 Deerwood Park Blvd.,    Jacksonville, FL 32256-5007
24608478       +Select Portfolio Servicing, Inc,    Po Box 65250,    Salt Lake City, UT 84165-0250
24608479       +Sunrise Credit Services, Inc.,    260 Airport Plaza,    Farmingdale, NY 11735-4021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: gkulek@yahoo.com Jun 14 2016 01:15:22      Gershon S. Kulek,
                 Gershon S. Kulek, Attorney at Law,    180 W. Washington St.,    4th floor,   Chicago, IL  60602
tr             +EDI: QRSALSTERDA.COM Jun 14 2016 00:38:00      Trustee R Scott Alsterda,   Nixon Peabody LLP,
                 70 West Madison Street,    Suite 3500,    Chicago, IL 60602-4224
24608458       +EDI: AMEREXPR.COM Jun 14 2016 00:38:00      Amex,   Correspondence,   Po Box 981540,
                 El Paso, TX 79998-1540
24608459       +EDI: BANKAMER.COM Jun 14 2016 00:38:00      Bank Of America,   Nc4-105-03-14,   Po Box 26012,
                 Greensboro, NC 27420-6012
24608460        E-mail/Text: bk@blittandgaines.com Jun 14 2016 01:16:14      Blitt and Gaines, P.C.,
                 661 W. Glenn Avenue,    Wheeling, IL 60090-6017
24608461       +EDI: CAPITALONE.COM Jun 14 2016 00:38:00      Capital One,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
24608462       +EDI: CAPITALONE.COM Jun 14 2016 00:38:00      Capital One Na,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
24608463       +EDI: CHASE.COM Jun 14 2016 00:38:00      Chase,   Attn: Correspondence Dept,   Po Box 15298,
                 Wilmington, DE 19850-5298
24608466       +EDI: DISCOVER.COM Jun 14 2016 00:38:00      Discover Financial,   Attn: Bankruptcy,
                 Po Box 3025,    New Albany, OH 43054-3025
24608468       +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 14 2016 01:17:49       Fifth Third Bank,
                 Bankruptcy Department,,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-6253
24608469       +EDI: FSAE.COM Jun 14 2016 00:38:00      Firstsource Advantage LLC,   205 Bryant Woods South,
                 Amherst, NY 14228-3609
24608471        E-mail/Text: rev.bankruptcy@illinois.gov Jun 14 2016 01:16:48      Illinois Department of Revenue,    Springfield, IL 62726-0001
24608472        EDI: IRS.COM Jun 14 2016 00:38:00      Internal Revenue Service,
                 Internal Revenue Service Center,    Fresno, CA 93888-0010
24608480       +EDI: RMSC.COM Jun 14 2016 00:38:00      Synchrony Bank/Gap,   Po Box 965064,
                 Orlando, FL 32896-5064
24608482        EDI: USBANKARS.COM Jun 14 2016 00:38:00      Us Bank,   4325 17th Ave S,   Fargo, ND 58125
24608481        EDI: URSI.COM Jun 14 2016 00:38:00      United Recovery Systems LP,   P.O. Box 722929,
                 Houston, TX 77272-2929
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24608464*      +Chase,   Attn: Correspondence Dept,    Po Box 15298,   Wilmington, DE 19850-5298
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1            User: esullivan             Page 2 of 2                  Date Rcvd: Jun 13, 2016
                                Form ID: 309A               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2016 at the address(es) listed below:
              Gershon S. Kulek    on behalf of Debtor 1 Thomas Ashton Hanson gkulek@yahoo.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Trustee R Scott Alsterda    rsalsterda@nixonpeabody.com, ralsterda@ecf.epiqsystems.com
                                                                                             TOTAL: 3
```